The following constitutes
the order of the court. Signed February 24, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Lujuana Michelle Glasco        Case No.: 11-40507 RN

Debtor(s)/                            Chapter: 7

ORDER OF DISMISSAL

    Debtor(s) having failed to comply with this Court's order dated 1/19/2011, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients