CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

## U.S. Bankruptcy Court
### Northern District of California (Oakland)

| | |
|---|---|
| DEBTOR ) | Bankruptcy Petition #: 11-40507 |
| LUJUANA MICHELLE GLASCO ) | |
| ) | |
| ) | Chapter 7 |
| ) | |
| ) | DEBTORS' EX PARTE MOTION TO REOPEN |
| ) | CHAPTER 7 AND REQUEST FOR WAIVER OF |
| ) | FEE |

**TO THE HONORABLE JUDGE RANDALL J. NEWSOME, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through her attorney of record and files this her Ex Parte Motion to Reopen her Chapter 7 proceeding and requests this Court to waive the filing fee of $260.00 associated with this Motion to Reopen and would respectfully show the court as follows:

1. This Chapter 7 proceeding was dismissed on February 24, 2011 because of the Debtor's failure to pay an installment on her Chapter 7 filing fee. Debtor's failure to make this payment was unintentional as the Debtor believed that the payment had been made because she had sent the Court a personal check for the required amount. She simply forgot that she needed to pay by money order or cashier check. The Court returned the Debtor's personal check and before she was able to resubmit another payment in the required form the case was dismissed.

2. Debtors would request that this Court waive the filing fee of $260.00 associated with this Motion because it would create an undue financial burden on the Debtor at this time and the oversight in making the installment payment was not intentional. .

WHEREFORE, Debtors prays for an Order:

    A.    Reopening this Chapter 7 proceeding; and;

    B.    Waiving the $260.00 filing fee associated with this Motion.

    C.    Granting such other relief as the Court deems proper.

DATED: March 3, 2011.

    Respectfully Submitted,

/s/ Carl Lux
**Carl A. Lux** (192963)
Attorney for Debtor

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 3rd day of March, 2011 on the following parties affected thereby:

Trustee
Paul Mansdorf
1563 Solano Avenue #703
Berkeley, CA 94707

Office of the U.S. Trustee
1301 Clay Street #690N
Oakland, CA 94612

/s/ Carl A. Lux

Carl A. Lux