The following constitutes
the order of the court. Signed March 04, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re Lujuana Michelle Glasco,  )
    )  Case. No. 11-40507 N
    )
    )  Chapter 7
    Debtor.  )
    )
_____)

## ORDER DENYING MOTION TO REOPEN CASE, WITHOUT PREJUDICE

Upon consideration, the Debtor's *Motion to Reopen* (doc. 19) is hereby denied, without prejudice. The re-opening of this case is further conditioned upon payment to the Clerk of the Court the attendant fee for reopening a case.

**IT IS SO ORDERED.**

\*\*END OF ORDER\*\*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Carl A. Lux |
|   | Carl Lux and Associates |
| 3 | 2135 Santa Anita Ave |
|   | Altadena, CA 91001 |
| 4 | |
|   | Paul Mansdorf |
| 5 | 1563 Solano Ave. #703 |
|   | Berkeley, CA 94707 |
| 6 | |
|   | Office of the U.S. Trustee |
| 7 | 1301 Clay St. #690N |
|   | Oakland, CA 94612 |
| 8 | |
| 9 | |
| 10 | |
| ... | |
| 28 | |