Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Lujuana Michelle Glasco | Case No.: 11−40507 RN 7 |
| Debtor(s) | Chapter: 7 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 3/23/11 dismissing the above−captioned case.

Dated: 3/23/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 27